■ Lynn Capogrossi, Appellant, v County of Tompkins, Respondent. — Appeal from an order of the Supreme Court at Special Term (Bryant, J.), entered October 24, 1980 in Tompkins County, which granted defendant's motion to dismiss the complaint. Order affirmed, without costs, on the opinion of Mr. Justice Frederick B. Bryant at Special Term. Kane, J.P., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.